UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  MIRABILIS VENTURES, INC., Debtor

UNITED STATES OF AMERICA,

        Appellant,

v.                                                             Case No. 6:10-cv-1189-Orl-31

MIRABILIS VENTURES, INC.,

        Appellee.

_____/

## MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Bankruptcy Rule 8001(c)(2), appellant, the United States of America, by undersigned counsel, hereby moves to dismiss this appeal.

Dated: August 25, 2010                     Respectfully submitted,

                                                  A. Lee Bentley
                                                Assistant U.S. Attorney

                          By:     /s/ Scott H. Park
                                Scott H. Park
                                Assistant U. S. Attorney
                                Identifying No. USA084
                                501 W. Church Street, Suite 300
                                Orlando, Florida 32805
                                Telephone:   407/648-7500
                                Facsimile:    407/648-7643
                                E-Mail:  scott.park@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving CM/ECF service.

                                               /s/ Scott H. Park
                                               Assistant United States Attorney